**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARRELL JOSE ESCALERA MARTINEZ,

                Plaintiff,                              21 **CIVIL** 449 (JLC)

        -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 14, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative Proceedings, including, but not limited to, an internal medicine consultative examination, a new hearing, and a new decision.

**Dated:**  New York, New York
           February 14, 2022

                                                               RUBY J. KRAJICK
                                                               _____
                                                                     Clerk of Court
                                                           BY:_____
                                                                       Deputy Clerk